UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Joseph M. LeDoux

   v.                                              No. 06-fp-268

Rockingham County House of Correction, Superintendent

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $4.20 is due no later than September 1, 2006.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Rockingham County House of Correction when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

This case has been assigned civil number **06-cv-268-PB**.

SO ORDERED.

                                   _____
                                   James R. Muirhead
                                   United States Magistrate Judge

Date: July 27, 2006

cc:   Joseph M. LeDoux, pro se
      Bonnie S. Reed, Financial Administrator
      Rockingham County House of Correction, Inmate Accounts