UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Joseph M. Le Doux</u>

                    v.                              Civil No. 06-cv-268-PB

<u>Superintendent, Rockingham County</u>
<u>House of Corrections, et al</u>


<u>O R D E R</u>


        I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated November 30, 2006, no objection having been filed.

        SO ORDERED.


February 14, 2007                    <u>  /s/ Paul Barbadoro               </u>
                                     Paul Barbadoro
                                     United States District Judge



cc:    Joseph M. Le Doux, pro se