UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Joseph M. Le Doux

        v.                                   Civil No. 06-cv-268-PB

Superintendent, Rockingham County
House of Corrections, et al


O R D E R

The plaintiff having failed to comply with the Court's Order dated July 27, 2006, the case is dismissed for lack of prosecution.

SO ORDERED.



March 30, 2007                                  /s/ Paul Barbadoro
                                                                    Paul Barbadoro
                                                                    United States District Judge


cc:     Joseph M. Le Doux, pro se
          John P. Sherman, Esq.